# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
08-29-17

| United States of America | ) |
|---|---|
| v. | ) |
| Hector Lopez-Valles | ) Case No. 17-9362 MJ |
| A099 475 295 | ) |
| *Defendant* | ) |
| | ) |
| | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 27, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Hector Lopez-Valles, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about July 25, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jennifer F. Levinson

☒ Continued on the attached sheet.

*Complainant's signature*
Oscar D. Estrada
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 28, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Oscar D. Estrada, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about August 27, 2017, Border Patrol Agent Jason Webb encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Hector Lopez-Valles, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Lopez-Valles was transported to the Ajo Border Patrol Station for further processing. Lopez-Valles was held in administrative custody until his criminal and immigration history could be verified.

3. Immigration history checks revealed Hector Lopez-Valles to be a citizen of Mexico and a previously deported criminal alien. Lopez-Valles was removed from the United States to Mexico through Nogales, Arizona, on or about July 25, 2017, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Hector Lopez-Valles in any Department of Homeland Security database to suggest that Lopez-Valles obtained permission from the Secretary of the Department

1

of Homeland Security to return to the United States after his removal. Lopez-Valles' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Hector Lopez-Valles was convicted of Re-Entry of Removed Alien, a felony offense, on July 20, 2017, in the United States District Court, District of Arizona. Lopez-Valles was sentenced to time served, and thirty-six (36) months of supervised release. Lopez-Valles' criminal history was matched to him by electronic fingerprint comparison.

5. On or about August 28, 2017, Hector Lopez-Valles was advised of his constitutional rights. Hector Lopez-Valles freely and willingly acknowledged his rights and did not agree to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 27, 2017, Hector Lopez-Valles, an alien, was found in the United States of America at or near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Nogales, Arizona, on or about July 25, 2017, and not having obtained the express consent of the Secretary of the Department

///

///

of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Oscar D. Estrada
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 28th of August, 2017.

_____
Eileen S. Willett
United States Magistrate Judge